# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

AMBER JORDAN HOLSTON, an individual

*Plaintiff*
v.

R5 BRANDS LLC D/B/A TRUE NUTRA, a Wyoming Limited Liability Company

*Defendant*

**Civil Action No.** 3:26-cv-856

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***
R5 BRANDS LLC
ATTENTION: NORTHWEST REGISTERED AGENT SERVICE INC.
30 NORTH GOULD STREET
STE N
SHERIDAN, WYOMING 82801

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

E. Winslow Taylor
Taylor & Taylor Attorneys at Law, PLLC
1080 W. Fourth Street
Winston-Salem, NC 27101

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 10/09/2026

**Civil Action No.** 3:26-cv-856

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***

**________________________________________**

**was received by me on *(date)* _______________________________________.**

❑ **I personally served the summons on the defendant at *(place)*_______________________________________________ on *(date)* ____________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________________________, a person of suitable age and discretion who resides there, on *(date)* __________________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* ____________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ________________________ on *(date)* ________________________; or**

❑ **I returned the summons unexecuted because ________________________________________; or**

❑ **Other *(specify)*:**
**______________________________________________________________________________**

**My fees are $ __________________ for travel and $ ___________________ for services, for a total of $____________________.**

**I declare under penalty of perjury that this information is true.**

**Date:___________________________**

**________________________________________________**
**Server's signature**

**________________________________________________**
**Printed name and title**

**________________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**